# UNITED STATES DISTRICT COURT

for the
EASTERN DISTRICT OF WISCONSIN

BLONG YANG, et al.,                    )
                                       )
                    *Plaintiff(s)*,    )
                                       )
              v.                       )        Case No. 20-C-760
                                       )
SUSAN POWERS, et al.,                  )
                                       )
                    *Defendant(s)*.    )

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing has been scheduled as indicated below:

**Re: [24] MOTION for Preliminary Injunction**

<u>*Date and Time Scheduled*</u>:  **July 7, 2020 at 11:00 AM**

<u>*Instructions*</u>: **Participants are to call in to 1-888-273-3658, using Access Code 4416978, and Security Code 1234.  <u>Please be sure to call in prior to the time that the hearing is scheduled to begin so that there is no disruption to the court proceeding.</u>**

**To ensure a clear record of the hearing, <u>participants should not use a speaker phone</u>.  Unless otherwise excused, <u>all participants are expected to remain on the call for the duration of the conference.</u>**

**All participants are to confirm their appearance with the Clerk prior to the date of the hearing. Verification of your participation should be sent to wied_clerks_gb@wied.uscourts.gov**

**Please contact the Office of the Clerk at 920-455-7381 if you should have any questions.**

Dated:  July 6, 2020                      William C. Griesbach
                                          United States District Judge

                                          s/ Lori Hanson
                                          Deputy Clerk
                                          (920)455-7381