UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BLONG YANG, JAY SCHROEDER,
PAUL MARTIN DRIFTMIER, SR.,
ANGELA RAY HAUG, KELLY LYNN
MCELWAIN, REV. DANIEL JAY
QUAKKELAAR, MADISON MARIE
ELMER, ERIC THOMAS SKELTON,
SANDRA K. MORRIS, CINDY WERNER,
ALEXANDRA CARNEY SCHWEITZER,
JESTIN KORLESKI, JAMIE LYNN
WESTCOMB, JENNY LEIGH
TURKELSON, ANNA ALETHIA
MANNING, WILLIAM NAUTA, LENAE
LENORE GILBERTSON, LISA BINNING,
DARCY BLOOM, GAYELYNN PLASTER,
ELIZABETH THORNE, LUIS A. VERGARA,
CELECIA SANCHEZ, MARY MAGDALEN MOSER,

        Plaintiff,        CASE NO. 20-CV-760

v.

SUSAN POWERS, MARY DORN,
DOUGLAS GIERYN, KURT EGGEBRECHT
GERG PETERSON, DANIEL BLACKDEER
JANEL HEINRICH, MARIE-NOVEL
SANDOVAL ROANN WARDEN, DOTTIE-KAY
BOWERSOX, JEANETTE KOWALIK, SANJIB
BHATTACHARYYA, DAVID BETH, JOSEPH
CARDAMONE, III, JODY WARD, DEAN M. SMITH,
ANTHONY S. EVERS, AND ANDREA PALM.

        Defendants.

---

**NOTICE OF APPEARANCE**

---

    PLEASE TAKE NOTICE that, subject to and without waiving any objections to

jurisdiction, venue, impleader or any other defense which may be raised under Federal Rule of

1

Civil Procedure 12(b), Attorney Remzy D. Bitar appears on behalf of Defendants Janel Heinrich (Public Health Officer Madison & Dane County), Mary Dorn (Outagamie County Public Health Officer), Marie-Noel Sandoval (Rock County Health Officer), Dean M. Smith (City of Oshkosh Chief of Police), David Beth (Kenosha County Sheriff) and Joseph Cardamone, III (Kenosha County Corporation Counsel) in the above-entitled action. We hereby request copies of all pleadings in this action subsequent to the Summons and Complaint to be served upon us.

Dated at Waukesha, WI this 6th day of July, 2020.

**MUNICIPAL LAW & LITIGATION GROUP, S.C.**

Attorneys for Janel Heinrich (Public Health Officer Madison & Dane County), Mary Dorn (Outagamie County Public Health Officer), Marie-Noel Sandoval (Rock County Health Officer), Dean M. Smith (City of Oshkosh Chief of Police), David Beth (Kenosha County Sheriff), and Joseph Cardamone, III (Kenosha County Corporation Counsel)

By: /s/ Remzy D. Bitar
    REMZY D. BITAR
    State Bar No: 1038340
    SADIE R. ZURFLUH
    State Bar No. 1115432

    730 N. Grand Avenue
    Waukesha, WI 53186
    O: (262) 548-1340
    F: (262) 548-9211
    E:    rbitar@ammr.net
          szurfluh@ammr.net