IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

BLONG YANG, et al.,

    Plaintiffs,

v.                        Case No. 20-CV-760

SUSAN POWERS, et al.,

    Defendants.

**STIPULATION REGARDING DEADLINE FOR ANSWERING OR OTHERWISE RESPONDING TO THE AMENDED COMPLAINT**

The undersigned parties hereby stipulate that the deadline for the defendants in this matter to answer or otherwise respond to the Amended Complaint (Dkt. 2) shall be either the date on which responsive pleadings are due under Fed. R. Civ. P. 12(a)(1)(A) or fourteen days after the Court issues a decision on the plaintiffs' preliminary injunction motion (Dkt. 24), whichever date is later. It is the intention of the undersigned parties that this modified deadline shall apply to all the defendants in this matter, including any who have not yet made a formal appearance.

*[signature pages follow]*

Dated this 10th day of July, 2020.

                          <u>s/ Joseph W. Voiland</u>
                          JOSEPH W. VOILAND
                          Veterans Liberty Law

                          Attorney for Plaintiffs

                          JOSHUA L. KAUL
                          Attorney General of Wisconsin

                          <u>s/ Thomas C. Bellavia</u>
                          THOMAS C. BELLAVIA
                          COLIN A. HECTOR
                          Assistant Attorneys General

                          Attorneys for Defendants Evers, Palm, and Blackdeer

                          <u>s/ Andrew T. Phillips</u>
                          ANDREW T. PHILLIPS
                          JOSEPH M. RUSSELL
                          von Briesen & Roper SC

                          Attorneys for Defendants Powers, Gieryn, and Warden

                          <u>s/ Remzy D. Bitar</u>
                          REMZY D. BITAR
                          SADIE R. ZURFLUH
                          Municipal Law & Litigation Group SC

                          Attorneys for Defendants Dorn, Heinrich, Sandoval, Beth, Cardamone, and Smith

/s Jasmyne M. Baynard
JASMYNE M. BAYNARD
ANN C. WIRTH
GREGG J. GUNTA
JOHN A. WOLFGANG
Gunta Law Offices SC

Attorneys for Defendants Eggebrecht, Bowersox, and Ward

/s Gregory P. Kruse
GREGORY P. KRUSE
Milwaukee City Attorney

Attorney for Defendants Kowalik and Bhattacharyya