UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
NORTHERN DIVISION

---

BLONG YANG, et. al.,

    Plaintiffs,

v.

                                                Case No. 1:20-CV-760

SUSAN POWERS, et. al.

    Defendants.

---

## NOTICE OF APPEARANCE
## ON BEHALF OF DEFENDANT GREG PETERSON

---

**PLEASE TAKE NOTICE** that KASDORF, LEWIS & SWIETLIK, S.C., by Jason P. Gehring, has been retained by and appears for the defendant, Greg Peterson, in the above-referenced matter. Copies of all pleadings should be served upon us via the Court E-filing system or by U.S. Mail at the address below.

Dated at Milwaukee, Wisconsin this 10th day of July, 2020.

                                    KASDORF, LEWIS & SWIETLIK, S.C.
                                    Attorneys for Defendant, Greg Peterson

                                  By: *s/ Jason P. Gehring*
                                        Jason P. Gehring
                                        State Bar No. 1061084
                                        jgehring@kasdorf.com

Kasdorf, Lewis & Swietlik, S.C.
One Park Plaza, Suite 500
11270 West Park Place
Milwaukee, WI 53224
Telephone: (414) 577-4000
Fax: (414) 577-4400