UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BLONG YANG, JAY SCHROEDER,
PAUL MARTIN DRIFTMIER, SR.,
ANGELA RAY HAUG, KELLY LYNN
MCELWAIN, REV. DANIEL JAY
QUAKKELAAR, MADISON MARIE
ELMER, ERIC THOMAS SKELTON,
SANDRA K. MORRIS, CINDY WERNER,
ALEXANDRA CARNEY SCHWEITZER,
JESTIN KORLESKI, JAIME LYNN
WESTCOMB, JENNY LEIGH
TURKELSON, ANNA ALETHIA
MANNING, WILLIAM NAUTA, LENAE
LENORE GILBERTSON, LISA BINNING,
DARCY BLOOM, GAYELYNN PLASTER,
ELIZABETH THORNE, LUIS A. VERGARA,
CELECIA SANCHEZ, MARY MAGDALEN MOSER,

    Plaintiff,    CASE NO. 20-CV-760

v.

SUSAN POWERS, MARY DORN,
DOUGLAS GIERYN, KURT EGGEBRECHT
GREG PETERSON, DANIEL BLACKDEER
JANEL HEINRICH, MARIE-NOEL
SANDOVAL, ROANN WARDEN, DOTTIE-KAY
BOWERSOX, JEANETTE KOWALIK, SANJIB
BHATTACHARYYA, DAVID BETH, JOSEPH
CARDAMONE, III, JODY WARD, DEAN M. SMITH,
ANTHONY S. EVERS, AND ANDREA PALM,

    Defendants.

---

**MOTION TO DISMISS FOR NONCOMPLIANCE
WITH RULE 20 GOVERNING JOINDER OF PARTIES**

---

Janel Heinrich (Public Health Officer Madison & Dane County), Mary Dorn (Outagamie County Public Health Officer), Marie-Noel Sandoval (Rock County Health Officer), Dean M. Smith (City of Oshkosh Chief of Police), David Beth (Kenosha County Sheriff), and Joseph Cardamone, III (Kenosha County Corporation Counsel), by their attorneys, MUNICIPAL LAW & LITIGATION GROUP, S.C., and Jeanette Kowalik (City of Milwaukee Commissioner of Health) and Sanjib Bhattacharyya (City of Milwaukee Special Deputy Health Commissioner) by their attorneys, CITY OF MILWAUKEE CITY ATTORNEY TEARMAN SPENCER, and Susan Powers (Door County Public Health Officer), Douglas Gieryn (Winnebago County Public Health Officer) and RoAnn Warden (Green County Public Health Officer), by their attorneys, VON BRIESEN & ROPER, S.C., respectfully move the court to dismiss this lawsuit without prejudice due to the misjoinder of the parties. This motion is made pursuant to the joinder rules under Federal Rule of Civil Procedure 20 and 21 and is supported by the brief filed in support thereof.

Dated this 10th day of July, 2020.

**MUNICIPAL LAW & LITIGATION GROUP, S.C.**

Attorneys for Janel Heinrich (Public Health Officer Madison & Dane County), Mary Dorn (Outagamie County Public Health Officer), Marie-Noel Sandoval (Rock County Health Officer), Dean M. Smith (City of Oshkosh Chief of Police), David Beth (Kenosha County Sheriff), and Joseph Cardamone, III (Kenosha County Corporation Counsel)

By: /s/ Remzy D. Bitar
    REMZY D. BITAR
    State Bar No: 1038340
    SADIE R. ZURFLUH
    State Bar No. 1115432
    730 N. Grand Avenue
    Waukesha, WI 53186
    O: (262) 548-1340
    F: (262) 548-9211

E: rbitar@ammr.net
szurfluh@ammr.net

**CITY OF MILWAUKEE**
**CITY ATTORNEY TEARMAN SPENCER**

Attorneys for Jeanette Kowalik (City of Milwaukee Commissioner of Health) and Sanjib Bhattacharyya (City of Milwaukee Special Deputy Health Commissioner)

By: /s/ Tearman Spencer
TEARMAN SPENCER
City Attorney
GREGORY P. KRUSE
Assistant City Attorney
State Bar No. 1091313
200 East Wells Street, Rm. 800
Milwaukee, WI 53202
Telephone: (414) 286-2603
Fax: (414) 286-8550
gkruse@milwaukee.gov

**VON BRIESEN & ROPER, S.C.**

Attorneys for Susan Powers (Door County Public Health Officer), RoAnn Warden (Green County Public Health Officer) and Douglas Gieryn (Winnebago County Public Health Officer)

By: /s/ Andrew T. Phillips

Andrew T. Phillips (SBN 1022232)
Joseph M. Russell (SBN 1092211)
411 E. Wisconsin Avenue
Suite 1000
Milwaukee, WI 53202
T: (414) 287-1414
F: (414) 238-6604
aphillips@vonbriesen.com
jrussell@vonbriesen.com

3