IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

BLONG YANG, et al.,

    Plaintiffs,

v.                                Case No. 20-CV-760

SUSAN POWERS, et al.,

    Defendants.

**STIPULATION REGARDING DEADLINE FOR ANSWERING OR OTHERWISE RESPONDING TO THE AMENDED COMPLAINT**

The undersigned parties hereby stipulate that the deadline for the defendants in this matter to answer or otherwise respond to the Amended Complaint (Dkt. 2) shall be either the date on which responsive pleadings are due under Fed. R. Civ. P. 12(a)(1)(A) or fourteen days after the Court issues a decision on the plaintiffs' preliminary injunction motion (Dkt. 24), whichever date is later.

*[signature page follows]*

Dated this 13th day of July, 2020.

                <u>s/ Joseph W. Voiland</u>
                JOSEPH W. VOILAND
                Veterans Liberty Law

                Attorney for Plaintiffs


                <u>s/ Dustin T. Woehl</u>
                DUSTIN T. WOEHL
                Kasdorf, Lewis & Swietlik SC

                Attorneys for Defendant Greg Peters