UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BLONG YANG, et al.,

        Plaintiffs,

       v.                                  Case No. 20-C-760

SUSAN POWERS, et al.,

        Defendants.

---

### ORDER

---

      Twenty-four plaintiffs, who reside in various parts of Wisconsin, brought this action against the Governor and the acting Secretary of the Department of Health Services, as well as county and city officials from fourteen independent governmental entities, on May 20, 2020. On July 20, 2020, the court granted Defendants' motion to dismiss and dismissed the complaint without prejudice. The court granted Plaintiffs leave to file an amended complaint within 30 days and advised Plaintiffs that their failure to file an amended complaint within that time period could result in dismissal. To date, Plaintiffs have failed to file an amended complaint and have not sought leave for an extension to do so. The Clerk is directed to enter judgment dismissing this case.

      **SO ORDERED** at Green Bay, Wisconsin this 24th day of August, 2020.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge